**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO. 3:26-cr-142-MMH-MCR

MARQUISE FELTON
a/k/a "quise"

Defense Atty.: ERIC ROPER
AUSA: KELLI SWANEY

| | | | |
|---|---|---|---|
| JUDGE: | **Monte C. Richardson U.S. Magistrate Judge** | DATE AND TIME | July 30, 2026 11:24 AM -12:07 PM |
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | Daniel Dumpit |

## SEALED CLERK'S MINUTES

**PROCEEDINGS: INITIAL APPEARANCE, BOND, WAIVER OF INDICTMENT, PLEA HEARING - GUILTY**

**INITIAL APPEARANCE**

Defendant was transported by the United States Marshal Service on July 30, 2026, on an Information out of the Middle District of Florida.

Defendant advised of rights, charges, penalties, and special assessment.

Based on the pre-indictment appointment of counsel, Mr. Roper will continue the representation of the defendant.

**DETENTION HEARING**

Ms. Swaney orally moved for detention.

Mr. Roper announced the defendant's decision to waive his detention.

Upon inquiry of the defendant, Judge Richardson found that the defendant knowingly and voluntarily waived the detention hearing.

ORDER TO ENTER

**WAIVER OF INDICTMENT/PLEA HEARING - GUILTY**
The defendant was placed under oath.

Judge Richardson advised Defendant that, although he is proceeding by way of Information, he has a right to have his case presented to a grand jury. The defendant was questioned by Judge Richardson regarding the Waiver of Indictment (previously filed and executed by the defendant and counsel), and it was found that he knowingly and intelligently waived his right to an indictment. **WAIVER OF INDICTMENT RE-EXECUTED BY DEFENDANT AND DEFENSE COUNSEL AND EXECUTED BY THE COURT - ORDER TO ENTER.**

The defendant entered a plea of guilty to Count One of the Information.

The Court found that the defendant was alert and intelligent and that he knowingly and voluntarily entered his plea of guilty.

Ms. Swaney and Mr. Roper agreed to waive the 14-day objection period to the Report and Recommendation.

Report and Recommendation to enter.

Mr. Roper moved orally to have the proceedings sealed due to the nature of the charges and concerns about the defendant's safety. The Government did not object.

Judge Richardson advised on the record that the hearing proceeded under seal based on the required findings under *Waller v. Georgia*, 467 U.S. 39 (1984), and also **GRANTED** the Motion.

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
Waiver of Indictment
NOTICE re: Entry of a Plea of Guilty
PLEA AGREEMENT