UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-142(S1)-MMH-SJH

MARQUISE FELTON

**MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests that this Court continue the sentencing hearing currently scheduled for January 4, 2027. In support of this request, the government states the following:

1. On November 10, 2026, the defendant, Marquise Felton, plead guilty to a Superseding Information. (Doc. 12)

2. The United States and the defense need additional time to solidify their legal positions prior to the defendant's eventual sentencing.

3. The undersigned has conferred with defense counsel and was advised that the defendant joins in this motion.

WHEREFORE, the United States requests without opposition that this Court continue the sentencing hearing in this matter for 90 days.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: s/ *Rachel Lasry*
RACHEL LASRY
Assistant United States Attorney
Florida Bar No. 1051371
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
Email: Rachel.lasry@usdoj.gov